## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

FILED BY____*PG*____D.C.

SEP 2 4 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: September 14, 2020

**Clerk of Circuit and County Courts**
15th Judicial Circuit of Florida
Palm Beach County Courthouse
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL 33401

RE:  District Court Case No.: <u>9:20-cv-80769-RS</u>

State Court Case No.: <u>502020CA002208XXXXMB</u>

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.



**<u>Clerk's Acknowledgment of Receipt</u>**
The undersigned hereby ackonwledges receipt of the

District Court's certified copy of the Order of Remand.

By:_____
Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  __/s/ *Carlos Davis*__
Deputy Clerk

CIRCUIT CIVIL COURT
P.O. Box 4667
West Palm Beach, FL 33402-4667



SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

PRESORTED
FIRST CLASS



US POSTAGE >> PITNEY BOWES

ZIP 33401
02 1W
0001366987 SEP 21 2020
$ 000.38⁹

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE ROOM 8N09
MIAMI, FL 33128-7716

HAB7S5B 33128

USMS
INSPECTED   RECEIVED

SEP 24 2020
1 11 PM